THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH NATTURNO, True Name JOSEPH FRANCIS NOTTURNO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS GAGLIA, True Name THOMAS WILLIAM GOGLIA, Appellant.—

Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE NOTTAGE, Appellant.—

No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ. [See 1 A D 2d 691.]

■

CHESTER SATZ, Plaintiff, v. CRIMSWAL REALTY CORP., Defendant.—

Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Ughetta, JJ.

■

KATHERINE THOMAS, Appellant, v. ATHENA THOMAS, Respondent, et al., Defendants.—

Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.